# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

138614

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLARD LEVI ADAMSON, JR.,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138614
COA: 286819
Genesee CC: 96-054571-FC

_____/

On order of the Court, the application for leave to appeal the February 25, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

Clerk

s0921